UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CYNTHIA S. CONLEY,

    Plaintiff,

   v.                                   ORDER

MICHAEL J. ASTRUE, Commissioner of     Civil No. 09-745-PK
Social Security,

    Defendant.

HAGGERTY, District Judge:

    Magistrate Judge Papak referred to this court a Findings and Recommendation [24] in this matter. The Magistrate Judge recommends affirming the Commissioner's decision denying plaintiff's application for Disability Insurance Benefits (DIB).

    No objections were filed, and the case was referred to this court. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate Judge. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

1 - ORDER

No clear error appears on the face of the record.  This court adopts the Findings and Recommendation in its entirety.

**CONCLUSION**

The court adopts the Findings and Recommendation [24].  The Commissioner's decision denying plaintiff Cynthia S. Conley's application for DIB is affirmed.

IT IS SO ORDERED.

DATED this  8   day of December, 2010.

                                           /s/ Ancer L. Haggerty   
                                            Ancer L. Haggerty  
                                      United States District Judge